

**Filed
Clerk of Court
United States District Court
By jamesburrell
On: October 8, 2025**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. 6:25r-17 |
| | ) |
| v. | ) |
| | ) 8 U.S.C. § 1253(a)(1) |
| JOSUE ISRAEL RAMIREZ-CASTILLO | ) Failure to Depart |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Failure to Depart*
8 U.S.C. § 1253(a)(1)

On or about October 3, 2025, in Bulloch County, within the Southern District of Georgia, the Defendant,

**JOSUE ISRAEL RAMIREZ-CASTILLO,**

an alien in the United States, against whom a final order of removal from the United States was outstanding by reason of his being a member of one or more of the classes of aliens described in 8 U.S.C. § 1227(a)(1)(A), having been, at the time of his entry into the United States, within a class of aliens inadmissible by the law existing at such time because he entered the United States without being inspected by an immigration officer, did willfully fail and refuse to make timely application in good faith for travel and other documents necessary to his departure from the United States and did willfully take action designed to prevent and hamper, and with the purpose of preventing and hampering, his departure pursuant to the final order of removal.

All in violation of Title 8, United States Code, Section 1253(a)(1).

A True Bill.

Foreperson

_____
Margaret E. Heap
United States Attorney

Kelsey L. Scanlon
Assistant United States Attorney
*Lead Counsel

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division