# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 625-017 |
| | ) | |
| JOSUE ISRAEL RAMIREZ-CASTILLO | ) | |

## ORDER DESIGNATING INTERPRETER

The Court having determined, pursuant to Title 28, United States Code Section 1827, that an interpreter is required and should be designated in the above-captioned case,

IT IS ORDERED that a competent interpreter is designated to serve as interpreter in this case.  Compensation shall be paid by the government at the following rates:

**Federally Certified Interpreter**:  $566.00 per day, with a minimum of one-half day's compensation of $320.00 to be paid for each appearance.  Any claim for overtime shall be paid at the rate of $80.00 per hour or part thereof.

**Professionally Qualified Interpreter**: $495.00 per day, with a minimum of one-half day's compensation of $280.00 to be paid for each appearance.  Any claim for overtime shall be paid at the rate of $70.00 per hour or part thereof.

**Language Skilled Interpreter**: $350.00 per day, with a minimum of one-half day's compensation of $190.00 to be paid for each appearance.  Any claim for overtime shall be paid at the rate of $44.00 per hour or part thereof.

Claim for compensation by the interpreter for any in-court services or assisting the U.S. Probation Office shall be made on Form AO 322.  Claim for compensation for assisting court-appointed counsel, other than in-court proceedings and assisting the U.S. Probation Office, shall be made on CJA Form 21, *Authorization and Voucher for Expert and Other*

*Services*. Claims for assisting court-appointed counsel shall be made on CJA Form 21, *Authorization and Voucher for Expert and Other Services*. These forms are available at https://www.gasd.uscourts.gov/criminal-forms.

SO ORDERED this 16th day of October, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Case 6:25-cr-00017-JRH-BKE   Document 5   Filed 10/17/25   Page 2 of 2